# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                    Case Nos.:  3:08cr133/MCR/CJK
                                                                  3:14cv80/MCR/CJK

**ROBERT WESLEY ALEXANDER, III**
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 20, 2014. (Doc. 30). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc. 29) is summarily **DENIED** and dismissed as untimely.

3. Petitioner's Motion to Withdraw (doc. 31) his motion to vacate, set aside, or correct sentence is **DENIED**.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 10th day of March, 2014.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**